*Friday, September 1, 2000*

## MOTION DOCKET

**00-108.   Bennett v. Stanley.**
Washington App. No. 98CA36. This cause is pending before the court as an appeal from the Court of Appeals for Washington County. Upon consideration of the motion of *amicus curiae*, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for October 18, 2000,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellants.

**00-1457.   State ex rel. Commt. for the Referendum of Ordinance No. 3543-00 v. White.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of relators' motion for protective order,

IT IS ORDERED by the court that the motion for protective order be, and hereby is, denied as moot.

LUNDBERG STRATTON, J., concurs but urges the parties to cooperate to determine mutually acceptable expedited dates for discovery.

DOUGLAS, J., votes to deny the motion.

**00-1570.   State v. Sweitzer.**
Trumbull App. No. 98-T-0203. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, granted.

RESNICK, PFEIFER and COOK, JJ., dissent.

*Tuesday, September 5, 2000*

## MOTION DOCKET

**00-1113.   Duke Realty L.P. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97-A-143. This cause, here on appeal from the Board of Tax Appeals, was considered in the manner prescribed by law. Upon consideration of the joint motion to remand case to Board of Tax Appeals upon settlement,

IT IS ORDERED by the court that the motion to remand case be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

It is further ordered that the parties are to bear their respective costs herein expended; and that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution; and that a copy of this entry be certified to the Board of Tax Appeals for entry.

*Wednesday, September 6, 2000*

## MERIT DOCKET

**00-1576.   Indus. Energy Users-Ohio v. Pub. Util. Comm.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's request for immediate issuance of an alternative writ,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents and would grant an alternative writ.

PFEIFER, J., would deny the request.

COOK, J., not participating.